IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANTHONY QUAIL | : | No. 18-315-6 |

### ORDER

**AND NOW**, this ___6th___ day of August, 2020, upon consideration of Anthony Quail's Motion for Release from Custody (Doc. No. 371), the Government's response thereto (Doc. No. 372), and the parties' supplemental letters dated July 21, 2020 and July 22, 2020, it is **ORDERED** that the Motion for Release (Doc. No. 371) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE