# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANTHONY QUAIL | : | No. 18-315-6 |

## ORDER

AND NOW, this 15th day of August, 2022, upon consideration of Anthony Quail's Motion for Compassionate Release (Doc. No. 634) and the Government's Response in Opposition (Doc. No. 659), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Mr. Quail's Motion for Compassionate Release (Doc. No. 634) is **DENIED**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1